UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MATTHEW T. MAURO | ] | |
|     Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:15-1514 |
| | ] | Judge Trauger |
| MT. JULIET POLICE DEPARTMENT | ] | |
|     Defendant. | ] | |

### M E M O R A N D U M

The plaintiff, proceeding *pro se*, is an inmate at the Wilson County Jail in Lebanon, Tennessee. He brings this action against the Mt. Juliet Police Department, seeking injunctive relief and damages.

On August 20, 2015, Detective Lance Schneider of the Mt. Juliet Police Department gave testimony to a Grand Jury regarding the plaintiff. Apparently, the information led to the plaintiff's arrest for passing forged checks. The plaintiff claims that the detective's testimony was false. He hopes to obtain relief from the defendant because Detective Schneider is "an official of the Mt. Juliet Police Department."

The plaintiff cannot sue the defendant solely because of its status as an employer. Respondeat superior is not a valid theory of liability in a civil rights action. Polk County v. Dodson, 454 U.S.

312, 325 (1981). Where there is no allegation of participation, either directly or indirectly, by an employer in an allegedly wrongful act, the complaint fails to state a cause of action upon which relief can be granted. *See* Dunn v. Tennessee, 697 F.2d 121, 128 (6th Cir.1982), *cert. denied*, 460 U.S. 1086 (1983).

In this case, there has been no showing that the plaintiff was arrested because of any misconduct on the part of the defendant. Personal liability "must be based on the actions of that defendant in the situation that the defendant faced, and not based on any problems caused by the errors of others." Gibson v. Matthews, 926 F.2d 532, 535 (6th Cir.1991). Consequently, this action is subject to dismissal because the plaintiff has failed to state a claim against the defendant upon which relief can be granted. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Aleta A. Trauger
United States District Judge